No. 03–710. DEVENPECK ET AL. *v.* ALFORD.   C. A. 9th Cir. Certiorari granted.

No. 03–829. PENN *v.* BODIN ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 03–831. RANGER CELLULAR ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 03–858. UAW-LABOR EMPLOYMENT & TRAINING CORP. ET AL. *v.* CHAO, SECRETARY OF LABOR, ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 03–872. VAUGHN ET AL. *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS.   C. A. Fed. Cir.   Certiorari denied.

No. 03–935. NORTH DAKOTA ET AL. *v.* UBBELOHDE ET AL. C. A. 8th Cir.   Certiorari denied.

No. 03–950. BANKRUPTCY RECEIVABLES MANAGEMENT *v.* LOPEZ ET UX.   C. A. 9th Cir.   Certiorari denied.

No. 03–955. CARMICHAEL ET UX. *v.* PAYMENT CENTER, INC. C. A. 7th Cir.   Certiorari denied.

No. 03–985. BREWER *v.* BOARD OF TRUSTEES OF UNIVERSITY OF ILLINOIS ET AL.   App. Ct. Ill., 4th Dist.   Certiorari denied.

No. 03–1007. FREEDOM NY, INC. *v.* RUMSFELD, SECRETARY OF DEFENSE.   C. A. Fed. Cir.   Certiorari denied.

No. 03–1008. PASTENE *v.* PIKKERT.   C. A. 4th Cir.   Certiorari denied.